UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PENNSYLVANIA, WESTERN DIVISION

In re:  
William Bronson,    § Case No. 14-21548  
         Debtor    § 
§ Chapter 7  
§ Document No.  

vs.

No Respondents

---

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>LISA M. SWOPE, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk, U. S. Bankruptcy Court  
    5414 U. S. Steel Tower  
    600 Grant Street  
    Pittsburgh, PA 15219

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 26 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/01/2016 in Courtroom C, United States Courthouse, 54th Floor  
U. S. Steel Building  
600 Grant Street  
Pittsburgh, PA 15219.  
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/20/2016          By:  /s/LISA M. SWOPE, TRUSTEE
                                                    Trustee

LISA M. SWOPE, TRUSTEE
219 SOUTH CENTER STREET
EBENSBURG, PA  15930
(814) 472-7151

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PENNSYLVANIA, WESTERN DIVISION

In re:
William Bronson,        § Case No. 14-21548
   Debtor               § Chapter 7
                        § Document No.
vs.                     §

No Respondents

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 28,000.00 |
| *and approved disbursements of* | $ 17,292.89 |
| *leaving a balance on hand of* [1] | $ 10,707.11 |
| **Balance on hand:** | $ 10,707.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Pennsylvania Department of Revenue | 1,998.65 | 1,954.19 | 1,954.19 | 0.00 |
| 3 | First Niagara Bank, N.A. | 48,917.77 | 10,850.08 | 10,850.08 | 0.00 |
| 4S | Internal Revenue Service | 50,140.23 | 3,783.83 | 0.00 | 3,783.83 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 3,783.83 |
| Remaining balance: | $ 6,923.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LISA M. SWOPE, TRUSTEE | 945.96 | 0.00 | 945.96 |
| Trustee, Expenses - LISA M. SWOPE, TRUSTEE | 101.82 | 0.00 | 101.82 |
| Attorney for Trustee, Fees - LISA M. SWOPE, ESQUIRE | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee, Expenses - LISA M. SWOPE, ESQUIRE | 555.87 | 0.00 | 555.87 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,353.65 |
| Remaining balance: | $ 2,569.63 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,569.63 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,208.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Pennsylvania Department of Revenue | 5,104.99 | 0.00 | 993.14 |
| 4P | Internal Revenue Service | 8,103.52 | 0.00 | 1,576.49 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,569.63 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,597.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CNH Industrial Capital America LLC | 7,079.25 | 0.00 | 0.00 |
| 4U | Internal Revenue Service | 2,468.29 | 0.00 | 0.00 |
| 5 | Wells Fargo Bank NA | 8,765.94 | 0.00 | 0.00 |
| 6 | Wells Fargo Equipment Finance | 9,391.69 | 0.00 | 0.00 |
| 7 | Synchrony Bank | 892.78 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 19,583.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Smail Company Inc. | 2,215.19 | 0.00 | 0.00 |
| 9 | Ally Financial | 17,367.96 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 996.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Pennsylvania Department of Revenue | 996.68 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:  $         0.00

Prepared By:  /s/LISA M. SWOPE, TRUSTEE
                              Trustee

LISA M. SWOPE, TRUSTEE
219 SOUTH CENTER STREET
EBENSBURG, PA  15930
(814) 472-7151

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-21548-TPA
William Bronson                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2             Date Rcvd: Jul 20, 2016
                              Form ID: pdf900         Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2016.
```
db            +William Bronson,    156 Hawksworth Road,    Greensburg, PA 15601-1530
intp          +John K Kernicky,    135 Twin Circle,    Mount Pleasanr, PA 15666-9780
r             +Patrick Heeney,    Berkshire Hathaway Home Services,    108 Old Route 30,
               Greensburg, PA 15601-3516
intp          +Stephanie A Kernicky,    135 Twin Circle,    Mount Pleasant, PA 15666-9780
13836058      +Artista Graphics,    2148 Ardmore Boulevard,    Pittsburgh, PA 15221-4824
13836059       Bernstein and Bernstein,    Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
13836060      +Bobcat,    PO BOX 644405,    Pittsburgh, PA 15264-4405
13836061      +Borough of Oakmont,    767 Fifth Street,    Oakmont, PA 15139-1524
13836066     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
               Kansas City, MO 64195)
13836067      +CNH Capital,    PO BOX 3900,    Lancaster, PA 17604-3900
13917681       CNH Industrial Capital America LLC,    P.O. Box 3600,    Lancaster, PA 17604-3600
13836062      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13836063      +Caterpillar Fin Comm Acct Corp,    PO BOX 905229,    Charlotte, NC 28290-5229
13836064      +Century Insurance Group,    PO BOX 71-4787,    Columbus, OH 43271-4787
13836065      +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
13836068      +Department of Treasury,    1500 Pennsylvania Avenue,    Washington, DC 20220-0002
13836069      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13923619      +First Niagara Bank, N.A.,    c/o Jennifer L. Tis, Esquire,    Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200,    Pittsburgh, PA 15219-1945
13836072       GE Capital,    PO BOX 6444479,    Pittsburgh, PA 15264
13836076      +Herbein and Company,    530 Pellis Road,    Suite 7000,    Greensburg, PA 15601-7924
13836077      +Hsbc Bank,    Attention: HSBC Retail Services,    Po Box 5264,    Carol Stream, IL 60197-5264
13836078      +Hudspath Construction,    315 Loyalhanna Avenue,    Latrobe, PA 15650-1727
13836081       Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13836085      +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13836083       Pennsylvania Department of Revenue,    PO BOX 280510,    Harrisburg, PA 17128-0510
13836084      +Peoples Natural Gas,    PO BOX 535323,    Pittsburgh, PA 15253-5323
13836089      +SHOLTIS ACCOUNTING SERVICES, LLC,    721 STONEHAVEN DRIVE,    Greensburg, PA 15601-8427
13836086      +Schmizzi Law Associates,    Keystone Commons,    35 West Pittsburgh Street,
               Greensburg, PA 15601-2323
13836088      +Sherwin Williams,    910 Sheraton Drive,    Mars, PA 16046-9440
13836090       Smail Auto,    Rt 30,    Greensburg, PA 15601
13963058      +Smail Company Inc.,    PO 610 Route 30 East,    Greensburg, PA 15601-0610
13929962       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13836091      +Wells Fargo Construction,    1540 West Fountainhead Parkway,    Tempe, AZ 85282-1839
13951659      +Welss Fargo Equipment Finance,    2700 S. Price Rd,    3rd Floor, MAC S3928-034,
               Chandler, AZ 85286-7804
13836093      +Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
13836094      +Zona Plumbing Inc.,    11010 Park Drive,    North Huntington, PA 15642-1634
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2016 00:56:13
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
13836057       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 21 2016 00:53:53     American Honda Finance,
               Po Box 168088,    Irving, TX 75016
13836056      +E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2016 00:53:14     Ally Financial,
               P O Box 380901,    Bloomington, MN 55438-0901
14120695       E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2016 00:53:14     Ally Financial,
               PO Box 130424,    Roseville, MN 55113-0004
13836070      +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 21 2016 00:54:03      Fifth Third Bank,
               Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,    Grand Rapids, MI 49546-6253
13836071      +E-mail/Text: fnb.bk@fnfg.com Jul 21 2016 00:53:57     First Niagra Bank,    PO BOX 28,
               Buffalo, NY 14240-0028
13836073      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2016 00:56:11     GECRB/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13836075      +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 21 2016 00:54:04     Harley Davidson Financial,
               Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
13836079      +E-mail/Text: bankruptcy@huntington.com Jul 21 2016 00:53:42     Huntington Natl Bk,
               Huntington National Bank - Bankruptcy No,    Po Box 89424,    Cleveland, OH 44101-6424
13836080       E-mail/Text: cio.bncmail@irs.gov Jul 21 2016 00:53:20     Internal Revenue Service,
               PO Box 21125,    Philadelphia, PA 19114
13836082      +E-mail/Text: bankruptcies@orangelake.com Jul 21 2016 00:53:14     Orange Lake Country Cl,
               Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8201
13884149       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2016 00:53:29
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
13842714       E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2016 00:56:40
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 0315-2           User: culy              Page 2 of 2            Date Rcvd: Jul 20, 2016
                               Form ID: pdf900         Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13836087        +E-mail/Text: bankruptcy@bbandt.com Jul 21 2016 00:53:26      Sheffield Fn,
                 Bb&T/Attn: Bankruptcy Department,    Po Box 1847,   Wilson, NC 27894-1847
13955443         E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2016 00:56:25      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13836092        +E-mail/Text: bankruptcy@firstenergycorp.com Jul 21 2016 00:53:48      West Penn Power,
                 800 Cabin Hill Drive,   Greensburg, PA 15601-1689
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Lisa M. Swope
cr             First Niagara Bank, N.A.
cr             Wilmington Trust, NA et al...
13836074     ##+Gray Waste Management,   615 Hawkins Avenue,   Braddock, PA 15104-2329
                                                                                   TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Trust, NA et al... agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brent J. Lemon    on behalf of Debtor William  Bronson blemon@fglaw.com,
               lemondropper75@hotmail.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,  klw@nsslawfirm.com
              Lisa M. Swope    lms@nsslawfirm.com,  klw@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf.usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Richard W. Schimizzi    on behalf of Interested Party Stephanie A Kernicky rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
              Richard W. Schimizzi    on behalf of Interested Party John K Kernicky rws@schimizzilaw.com,
               mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
                                                                                               TOTAL: 8
```