IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| William Bronson, | : | Case No. 14-21548 TPA |
| Debtor | : | |
| | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire | : | Related to Document Nos. |
| Movant/Applicant | : | 84, 85, 86, 87 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation filed on July 18, 2016 and July 20, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation appears thereon. Pursuant to the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, the same were to be filed and served no later than August 15, 2016.

    It is hereby respectfully requested that the Orders attached to the Trustee's Final Report, the Application for Trustee's Compensation and Expenses and the Application of Trustee's Counsel for Allowance of Final Compensation and Expenses be entered by this Court.

                                                               Respectfully submitted,

                                                               NEUGEBAUER & SWOPE, P.C.

Dated: August 16, 2016                /s/ Lisa M. Swope, Esquire
                                                  Lisa M. Swope, Esquire
                                                  219 South Center Street
                                                  P. O. Box 270
                                                  Ebensburg, PA 15931
                                                  (814) 472-7151
                                                  PA I.D. # 77003
                                                  lms@nsslawfirm.com
                                                  Attorney for Trustee