FILED
8/17/16 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PENNSYLVANIA, WESTERN DIVISION**

| | |
|---|---|
| In Re: : | |
| : | |
| **WILLIAM BRONSON** : | Case No. 14-21548 TPA |
| Debtor, : | |
| : | Chapter 7 -- Liquidation |
| vs. : | |
| : | |
| **No Respondents** : | |

## ORDER OF DISTRIBUTION

AND NOW, this 17th day of August, 2016, the Trustee, LISA M. SWOPE, TRUSTEE, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_____
THOMAS P. AGRESTI    vas
U.S. BANKRUPTCY JUDGE

**TRUSTEE'S PROPOSED DISTRIBUTION**              Exhibit D

Case No.: 14-21548
Case Name: BRONSON, WILLIAM
Trustee Name: LISA M. SWOPE, TRUSTEE

**Balance on hand:**              $              10,707.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Pennsylvania Department of Revenue | 1,998.65 | 1,954.19 | 1,954.19 | 0.00 |
| 3 | First Niagara Bank, N.A. | 48,917.77 | 10,850.08 | 10,850.08 | 0.00 |
| 4S | Internal Revenue Service | 50,140.23 | 3,783.83 | 0.00 | 3,783.83 |

Total to be paid to secured creditors:        $        3,783.83
Remaining balance:                             $        6,923.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LISA M. SWOPE, TRUSTEE | 945.96 | 0.00 | 945.96 |
| Trustee, Expenses - LISA M. SWOPE, TRUSTEE | 101.82 | 0.00 | 101.82 |
| Attorney for Trustee, Fees - LISA M. SWOPE, ESQUIRE | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee, Expenses - LISA M. SWOPE, ESQUIRE | 555.87 | 0.00 | 555.87 |

Total to be paid for chapter 7 administration expenses:        $        4,353.65
Remaining balance:                                             $        2,569.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:        $        0.00
Remaining balance:                                                 $        2,569.63

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,208.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Pennsylvania Department of Revenue | 5,104.99 | 0.00 | 993.14 |
| 4P | Internal Revenue Service | 8,103.52 | 0.00 | 1,576.49 |

Total to be paid for priority claims:     $     2,569.63
Remaining balance:                        $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,597.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CNH Industrial Capital America LLC | 7,079.25 | 0.00 | 0.00 |
| 4U | Internal Revenue Service | 2,468.29 | 0.00 | 0.00 |
| 5 | Wells Fargo Bank NA | 8,765.94 | 0.00 | 0.00 |
| 6 | Wells Fargo Equipment Finance | 9,391.69 | 0.00 | 0.00 |
| 7 | Synchrony Bank | 892.78 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $     0.00
Remaining balance:                                        $     0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 19,583.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Smail Company Inc. | 2,215.19 | 0.00 | 0.00 |
| 9 | Ally Financial | 17,367.96 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 996.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Pennsylvania Department of Revenue | 996.68 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Bronson
    Debtor

Case No. 14-21548-TPA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Aug 17, 2016
                  Form ID: pdf900    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        Lisa M. Swope
     TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    Wilmington Trust, NA et al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Brent J. Lemon    on behalf of Debtor William Bronson blemon@fglaw.com, lemondropper75@hotmail.com
       Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com, klw@nsslawfirm.com
       Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
       Richard W. Schimizzi    on behalf of Interested Party Stephanie A Kernicky rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
       Richard W. Schimizzi    on behalf of Interested Party John K Kernicky rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
     TOTAL: 8