**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PENNSYLVANIA, WESTERN DIVISION**

| | |
|---|---|
| In re:<br>William Bronson,<br>          Debtor<br><br>vs.<br><br>No Respondents | §  <br>§  Case No. 14-21548<br>§<br>§  Chapter 7<br>§<br>§  Document No. |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    LISA M. SWOPE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $202,100.00          Assets Exempt: $36,207.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,157.73      Claims Discharged
                                                               Without Payment: $190,948.78

Total Expenses of Administration: $8,842.27

---

    3) Total gross receipts of $ 28,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $28,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $169,182.00 | $101,056.65 | $16,588.10 | $16,588.10 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,446.31 | 8,842.27 | 8,842.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,097.00 | 13,208.51 | 13,208.51 | 2,569.63 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 187,060.00 | 49,177.78 | 49,177.78 | 0.00 |
| **TOTAL DISBURSEMENTS** | $369,339.00 | $174,889.25 | $87,816.66 | $28,000.00 |

    4) This case was originally filed under Chapter 7 on April 16, 2014. The case was pending for 29 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/12/2016_____   By: _/s/LISA M. SWOPE, TRUSTEE_____
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE | 1110-000 | 28,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$28,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Pennsylvania Department of Revenue | 4800-000 | N/A | 1,998.65 | 1,954.19 | 1,954.19 |
| 3 | First Niagara Bank, N.A. | 4110-000 | N/A | 48,917.77 | 10,850.08 | 10,850.08 |
| 4S | Internal Revenue Service | 4300-000 | N/A | 50,140.23 | 3,783.83 | 3,783.83 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 118,568.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy | 4110-000 | 12,802.00 | N/A | N/A | 0.00 |
| NOTFILED | Orange Lake Country Cl | 4110-000 | 16,742.00 | N/A | N/A | 0.00 |
| NOTFILED | Harley Davidson Financial | 4110-000 | 11,058.00 | N/A | N/A | 0.00 |
| NOTFILED | Sheffield Fn Bb&T/Attn: Bankruptcy Department | 4110-000 | 1,401.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 4110-000 | 8,611.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$169,182.00** | **$101,056.65** | **$16,588.10** | **$16,588.10** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LISA M. SWOPE, TRUSTEE | 2100-000 | N/A | 3,550.00 | 945.96 | 945.96 |
| LISA M. SWOPE, TRUSTEE | 2200-000 | N/A | 101.82 | 101.82 | 101.82 |
| LISA M. SWOPE, ESQUIRE | 3110-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| LISA M. SWOPE, ESQUIRE | 3120-000 | N/A | 555.87 | 555.87 | 555.87 |
| RICHARD W. SCHIMIZZI | 3510-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| RICHARD W. SCHIMIZZI | 2500-000 | N/A | 505.95 | 505.95 | 505.95 |
| RICHARD W. SCHIMIZZI | 2500-000 | N/A | 280.00 | 280.00 | 280.00 |
| RICHARD W. SCHIMIZZI | 2500-000 | N/A | 3.09 | 3.09 | 3.09 |
| RICHARD W. SCHIMIZZI | 2500-000 | N/A | 23.27 | 23.27 | 23.27 |
| RICHARD W. SCHIMIZZI | 2500-000 | N/A | 25.47 | 25.47 | 25.47 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 32.52 | 32.52 | 32.52 |
| Rabobank, N.A. | 2600-000 | N/A | 22.31 | 22.31 | 22.31 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.31 | 7.31 | 7.31 |
| Rabobank, N.A. | 2600-000 | N/A | 17.07 | 17.07 | 17.07 |
| Rabobank, N.A. | 2600-000 | N/A | 14.93 | 14.93 | 14.93 |
| Rabobank, N.A. | 2600-000 | N/A | 14.90 | 14.90 | 14.90 |
| Rabobank, N.A. | 2600-000 | N/A | 16.94 | 16.94 | 16.94 |
| Rabobank, N.A. | 2600-000 | N/A | 14.86 | 14.86 | 14.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,446.31 | $8,842.27 | $8,842.27 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Pennsylvania Department of Revenue | 5800-000 | 4,384.00 | 5,104.99 | 5,104.99 | 993.14 |
| 4P | Internal Revenue Service | 5800-000 | 8,713.00 | 8,103.52 | 8,103.52 | 1,576.49 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$13,097.00** | **$13,208.51** | **$13,208.51** | **$2,569.63** |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Pennsylvania Department of Revenue | 7300-000 | N/A | 996.68 | 996.68 | 0.00 |
| 2 | CNH Industrial Capital America LLC | 7100-000 | 6,800.00 | 7,079.25 | 7,079.25 | 0.00 |
| 4U | Internal Revenue Service | 7100-000 | N/A | 2,468.29 | 2,468.29 | 0.00 |
| 5 | Wells Fargo Bank NA | 7100-000 | 8,730.00 | 8,765.94 | 8,765.94 | 0.00 |
| 6 | Wells Fargo Equipment Finance | 7100-000 | 9,391.00 | 9,391.69 | 9,391.69 | 0.00 |
| 7 | Synchrony Bank | 7100-000 | 892.00 | 892.78 | 892.78 | 0.00 |
| 8 | Smail Company Inc. | 7200-000 | 2,109.00 | 2,215.19 | 2,215.19 | 0.00 |
| 9 | Ally Financial | 7200-000 | 17,367.00 | 17,367.96 | 17,367.96 | 0.00 |
| NOTFILED | Huntington Natl Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Huntington National Bank - Municipal Authority of Westmoreland Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hudspath Construction | 7100-000 | 6,195.00 | N/A | N/A | 0.00 |
| NOTFILED | Herbein and Company | 7100-000 | 4,618.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 5,599.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Gray Waste Management | 7100-000 | 6,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/51 | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Pennsylvania Department of Unemployment | 7100-000 | 1,375.00 | N/A | N/A | 0.00 |
| NOTFILED | Zona Plumbing Inc. | 7100-000 | 853.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherwin Williams | 7100-000 | 267.00 | N/A | N/A | 0.00 |
| NOTFILED | SHOLTIS ACCOUNTING SERVICES, LLC | 7100-000 | 1,012.00 | N/A | N/A | 0.00 |
| NOTFILED | Schmizzi Law Associates Keystone Commons | 7100-000 | 450.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Peoples Natural Gas | 7100-000 | 952.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | West Penn Power | 7100-000 | 1,079.00 | N/A | N/A | 0.00 |
| NOTFILED | First Niagra Bank | 7100-000 | 41,837.00 | N/A | N/A | 0.00 |
| NOTFILED | Artista Graphics | 7100-000 | 147.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 44,661.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 251.00 | N/A | N/A | 0.00 |
| NOTFILED | Pennsylvania Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caterpillar Fin Comm Acct Corp | 7100-000 | 22,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Century Insurance Group | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Borough of Oakmont | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bobcat | 7100-000 | 2,022.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $187,060.00 | $49,177.78 | $49,177.78 | $0.00 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-21548  
**Case Name:** BRONSON, WILLIAM  

**Period Ending:** 10/12/16

**Trustee:** (580800) LISA M. SWOPE, TRUSTEE  
**Filed (f) or Converted (c):** 04/16/14 (f)  
**§341(a) Meeting Date:** 06/20/14  
**Claims Bar Date:** 11/27/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE<br>156 Hawksworth Road, Greensburg, PA 15601 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | REAL ESTATE<br>30 Jackson Street, Rear, Greensburg, PA 15601; property deteriorated, no value to the estate | 40,000.00 | 0.00 | | 0.00 | FA |
| 3 | REAL ESTATE<br>incorrectly identified on Debtor's petition as 32 Mitchel Drive, Latrobe, PA 15650; property is a vacant piece of land identified as Twin Circles T-345, Mount Pleasant, PA 15666 | 30,000.00 | 30,000.00 | | 28,000.00 | FA |
| 4 | CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS<br>First National | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. Kitchen Appliances | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. Cookware/Flatware | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Kitchen Table/Chairs | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Couch and Loveseat | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Television | 350.00 | 0.00 | | 0.00 | FA |
| 11 | Misc. End Tables/Coffee Tables | 75.00 | 0.00 | | 0.00 | FA |
| 12 | Chairs | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Misc. Lamps | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Washer and Dryer | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Desk Computer | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Home Office Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Master Bedroom Suite | 300.00 | 0.00 | | 0.00 | FA |
| 18 | Children's bedrooms | 600.00 | 0.00 | | 0.00 | FA |
| 19 | Patio Set | 100.00 | 0.00 | | 0.00 | FA |
| 20 | Jacuzzi | 1,500.00 | 0.00 | | 0.00 | FA |
| 21 | Misc. Decorations | 200.00 | 0.00 | | 0.00 | FA |
| 22 | Den Sofa | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-21548  
**Case Name:** BRONSON, WILLIAM  

**Period Ending:** 10/12/16

**Trustee:** (580800) LISA M. SWOPE, TRUSTEE  
**Filed (f) or Converted (c):** 04/16/14 (f)  
**§341(a) Meeting Date:** 06/20/14  
**Claims Bar Date:** 11/27/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | Den TV | 750.00 | 0.00 | | 0.00 | FA |
| 24 | Safe | 400.00 | 0.00 | | 0.00 | FA |
| 25 | Misc CDs and DVDs | 150.00 | 0.00 | | 0.00 | FA |
| 26 | Misc. Mens Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 27 | Wedding Band | 250.00 | 0.00 | | 0.00 | FA |
| 28 | Misc. Evicta Watches | 1,000.00 | 0.00 | | 0.00 | FA |
| 29 | Shotgun/ Rifles | 150.00 | 0.00 | | 0.00 | FA |
| 30 | Treadmill/Elliptical Machine | 175.00 | 0.00 | | 0.00 | FA |
| 31 | Land Installment Contract | Unknown | 0.00 | | 0.00 | FA |
| 32 | 2011 GMC Sierra (50 thousand miles, fifth-third) | 0.00 | 0.00 | | 0.00 | FA |
| 33 | 2011 Harley Ultra Classic | 19,000.00 | 0.00 | | 0.00 | FA |
| 34 | 2 Work Trailers Trustee has determined not enough equity to liquidate | 3,500.00 | 0.00 | | 0.00 | FA |
| 35 | Misc. Hand Tools | 500.00 | 0.00 | | 0.00 | FA |
| 36 | Misc. Yard Tools/ Lawnmower | 250.00 | 0.00 | | 0.00 | FA |
| 36 | **Assets** Totals (Excluding unknown values) | **$232,100.00** | **$30,000.00** | | **$28,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/14 realtor investigating value of property to sell;3/31/15 preparing motion to appoint realtor;6/30/15 amended motion to sell to be filed;9/30/15 trustee going to discontinue listing of other prop based upon condition and recommendation of realtor; 12/31/15 not going to sell other property need to prepare TFR; 3/31/16 preparing TFR

**Initial Projected Date Of Final Report (TFR):**   July 31, 2015        **Current Projected Date Of Final Report (TFR):**   June 13, 2016  (Actual)

Case 14-21548-TPA    Doc 103    Filed 11/02/16    Entered 11/02/16 19:06:29    Desc Main
Document    Page 9 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-21548  
**Case Name:** BRONSON, WILLIAM  
**Taxpayer ID #:** **-***1000  
**Period Ending:** 10/12/16  

**Trustee:** LISA M. SWOPE, TRUSTEE (580800)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $11,109,916.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/24/15 | | RICHARD W. SCHIMIZZI | net proceeds from sale of real estate | | | 23,662.22 | | 23,662.22 |
| | {3} | | gross sales price | 28,000.00 | 1110-000 | | | 23,662.22 |
| | | | realtor commission | -3,500.00 | 3510-000 | | | 23,662.22 |
| | | | title services and lender's title insurance | -505.95 | 2500-000 | | | 23,662.22 |
| | | | city/county tax/stamps | -280.00 | 2500-000 | | | 23,662.22 |
| | | | city/town taxes | -3.09 | 2500-000 | | | 23,662.22 |
| | | | county taxes | -23.27 | 2500-000 | | | 23,662.22 |
| | | | school taxes | -25.47 | 2500-000 | | | 23,662.22 |
| 09/29/15 | 101 | FIRST NIAGARA BANK, N.A. | pmt. to secured creditor; stop pmt. issued; ck. not rec'd by creditor Stopped on 11/04/15 | | 4110-000 | | 10,854.02 | 12,808.20 |
| 09/29/15 | 102 | PENNSYLVANIA DEPARTMENT OF REVENUE | pmt. of judgment lien | | 4800-000 | | 1,954.19 | 10,854.01 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 10,844.01 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.52 | 10,811.49 |
| 11/04/15 | 101 | FIRST NIAGARA BANK, N.A. | pmt. to secured creditor; stop pmt. issued; ck. not rec'd by creditor Stopped: check issued on 09/29/15 | | 4110-000 | | -10,854.02 | 21,665.51 |
| 11/05/15 | 103 | FIRST NIAGARA BANK, N.A. | pmt. to secured creditor, less cost of certified mailing | | 4110-000 | | 10,850.08 | 10,815.43 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.31 | 10,793.12 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.07 | 10,776.05 |
| 01/06/16 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2016 FOR CASE #14-21548 | | 2300-000 | | 7.31 | 10,768.74 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.93 | 10,753.81 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.90 | 10,738.91 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.94 | 10,721.97 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.86 | 10,707.11 |
| 09/06/16 | 105 | Internal Revenue Service | Dividend paid 100.00% on $3,783.83; Claim# 4S; Filed: $50,140.23; Reference: | | 4300-000 | | 3,783.83 | 6,923.28 |
| 09/06/16 | 106 | LISA M. SWOPE, TRUSTEE | Dividend paid 100.00% on $945.96, Trustee Compensation; Reference: | | 2100-000 | | 945.96 | 5,977.32 |
| 09/06/16 | 107 | LISA M. SWOPE, TRUSTEE | Dividend paid 100.00% on $101.82, Trustee Expenses; Reference: | | 2200-000 | | 101.82 | 5,875.50 |
| 09/06/16 | 108 | LISA M. SWOPE, ESQUIRE | Dividend paid 100.00% on $2,750.00, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 2,750.00 | 3,125.50 |

Subtotals :  $23,662.22   $20,536.72

{} Asset reference(s)

Printed: 10/12/2016 09:40 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-21548  
**Case Name:** BRONSON, WILLIAM  

**Taxpayer ID #:** **-***1000  
**Period Ending:** 10/12/16  

**Trustee:** LISA M. SWOPE, TRUSTEE (580800)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $11,109,916.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/06/16 | 109 | LISA M. SWOPE, ESQUIRE | Dividend paid 100.00% on $555.87, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 555.87 | 2,569.63 |
| 09/06/16 | 110 | Pennsylvania Department of Revenue | Dividend paid 19.45% on $5,104.99; Claim# 1P; Filed: $5,104.99; Reference: | 5800-000 | | 993.14 | 1,576.49 |
| 09/06/16 | 111 | Internal Revenue Service | Dividend paid 19.45% on $8,103.52; Claim# 4P; Filed: $8,103.52; Reference: | 5800-000 | | 1,576.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,662.22 | 23,662.22 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 23,662.22 | 23,662.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,662.22** | **$23,662.22** | |

| | |
|---|---|
| Net Receipts : | 23,662.22 |
| Plus Gross Adjustments : | 4,337.78 |
| Net Estate : | $28,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8366** | 23,662.22 | 23,662.22 | 0.00 |
| | **$23,662.22** | **$23,662.22** | **$0.00** |

{} Asset reference(s)