# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: William Bronson  
       Debtor(s)

CHAPTER 7

BKY. NO. 14-21548

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association, not in its individual capacity but solely as trustee for VM Trust Series 2, a Delaware statutory trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3702

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**  
                              James C. Warmbrodt, Esquire  
                              jwarmbrodt@kmllawgroup.com  
                              Attorney I.D. No. 42524  
                              KML Law Group, P.C.  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106  
                              Phone: 215-825-6306  
                              Fax: 215-825-6406  
                              Attorney for Movant/Applicant